

AARON R. EASLEY
(908) 237-1660
aeasley@sessions-law.biz

July 6, 2016

**Via ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 10D South
Brooklyn, NY 11201

      Re:   **Spitezki, Dov v. Stephens and Michaels Associates, Inc. and Pinnacle Credit Services, LLC**
              **Case No. 15-cv-06629-CBA-MDG**

Dear Judge Amon:

      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C represents Stephens and Michaels Associates, Inc. ("SMA") in the above matter. Currently, the parties are scheduled to appear before Your Honor for a pre-motion conference on July 13, 2016, at 2:00 p.m, relative to plaintiff's motion for leave to file an amended complaint.

      This letter serves as the undersigned's request that the undersigned be permitted to conduct the conference via telephone. This request stems from the fact that the undersigned will be out of the office on that date and thus is unable to attend in person, but will be available to attend the conference by phone.

                        Respectfully submitted,

                        /s/ Aaron R. Easley
                        Aaron R. Easley, Esq.

ARE:cjg

cc: Adam J. Fishbein, Esq. (via ECF)
    Daniel Ginzburg, Esq. (via ECF)

3 Cross Creek Drive    Flemington, New Jersey    08822-4938
(908) 237-1660    (908) 237-1663 F    www.sessions-law.com
CALIFORNIA ■ COLORADO ■ FLORIDA ■ GEORGIA ■ ILLINOIS ■ LOUISIANA ■ NEW JERSEY ■ NEW YORK ■ OHIO ■ TEXAS