UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOV SPITEZKI<br>on behalf of himself and all other similarly<br>situated consumers,<br><br>                Plaintiff,<br><br>    v.<br><br>STEPHENS AND MICHAELS ASSOCIATES,<br>INC. AND PINNACLE CREDIT SERVICES,<br>LLC,<br><br>              Defendants. | Case No. 1:15-cv-06629-CBA-MDG<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their

respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.


Dated: June 14, 2017


s/Adam J. Fishbein
Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, NY 11598
*Attorneys for Plaintiff*

s/Daniel Ginzburg
Daniel Ginzburg, Esq.
The Ginzburg Law Firm, P.C.
151 Highway 516, Unit 736
Old Bridge, NJ 08857
*Attorneys for Defendant*
*Pinnacle Credit Services, LLC*


                           SO ORDERED:


                        s/ Carol Bagley Amon
                      CAROL BAGLEY AMON, U.S.D.J.

                      6/26/17